| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>March 15, 2022<br>CLERK, US DSITRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |
|---|---|

UNITED STATES OF AMERICA,

    Plaintiff,

v.

AISHA HOGGATT,

    Defendant.

Case No.  2:22-MJ-00038-JDP

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  AISHA HOGGATT ,

Case No.  2:22-MJ-00038-JDP  Charge 18 USC § 371, 922(a)(1)(A), from custody for the following reasons: for the following reasons:

    _____ Release on Personal Recognizance

    __X__ Bail Posted in the Sum of $   50,000 (co-signed )

          __X__ Unsecured Appearance Bond

          _____ Appearance Bond with 10% Deposit

          _____ Appearance Bond with Surety

          _____ Corporate Surety Bail Bond

          _____ (Other):_____.

Issued at Sacramento, California on March 15, 2022 at _2:42_ p.m.

          By:   /s/ Carolyn K. Delaney

              Magistrate Judge Carolyn K. Delaney