CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for Aisha Hoggatt

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR. No.: 2:22-CR-00058 DJC |
|---|---|
| Plaintiff, | DEFENDANT AISHA HOGGATT'S WAIVER OF PERSONAL APPEARANCE |
| vs. | |
| JERRELL LAWSON, et al., | |
| Defendants. | |

Defendant, Aisha Hoggatt, hereby waives her right to be personally present in open court for the hearing of any status conference, motion, or other proceeding in this case, including the setting of trial dates, except that she will agree to be personally present for any plea, sentencing, or jury trial, and she agrees to be personally present in court when so ordered by the court.  Defendant is currently working two jobs to support herself and taking time off work to attend court would have a substantial financial impact.

Defendant Hoggatt hereby requests the Court to proceed during any absence that the Court may permit pursuant to this waiver.  Defendant agrees that her interests will be deemed represented at all times by the presence of her attorney or designee, the same as if defendant were personally present.  Defendant further agrees to be present in court ready for trial on any date set by the court in Defendant's absence.

Defendant Hoggatt further acknowledges that she has been informed of her rights

under Title 18 U.S.C. 3161-3174 of the Speedy Trial Act and authorizes his counsel to set times and delays under the Act without her being present.

DATED: February 7, 2024         I consent to the above waiver of personal appearance.

/s/ Aisha Hoggatt
AISHA HOGGATT

DATED: February 7, 2024          I agree to the above waiver of personal appearance.

/s/ Clemente M. Jiménez
CLEMENTE M. JIMÉNEZ

I approve the above waiver of personal appearance.

DATED:  February 7, 2024          /s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE