CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for AISHA HOGGATT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:22-cr-058 DJC |
|---|---|
| Plaintiff, | STIPULATION AND ORDER CONTINUING SENTENCING HEARING |
| vs. | |
| AISHA HOGGATT, | DATE:  September 25, 2025<br>TIME:  9:00 a.m. |
| Defendants. | JUDGE: Hon. Daniel J. Calabretta |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Ross Pearson, Counsel for Plaintiff, and Attorney Clemente M. Jiménez, Counsel for Defendant AISHA HOGGATT, that the sentencing hearing currently scheduled for September 25, 2025, at 9:00 a.m., be vacated and the matter continued to this Court's criminal calendar on October 30, 2025, at 9:00 a.m. Defense counsel's mitigation expert requires additional time to prepare his report.

09/04/25

In consultation with US Probation, the parties further request that the schedule of disclosure be modified as follows:

| | |
|---|---|
| Informal Objections: | 10/2/2025 |
| Final PSR: | 10/9/2025 |
| Motion for Correction: | 10/16/2025 |
| Reply, or Non-Opposition: | 10/23/2025 |
| J&S: | 10/30/2025 |

DATED:   September 3, 2025       /S/     Ross Pearson
                                 Eric Grant
                                 by ROSS PEARSON
                                 Attorney for Plaintiff


DATED:   September 3, 2025       /S/     Clemente M. Jiménez
                                 CLEMENTE M. JIMÉNEZ
                                 Attorney for AISHA HOGGATT

## ORDER

IT IS SO ORDERED, that the sentencing hearing in the above-entitled matter, scheduled for September 25, 2025, at 9:00 a.m., be vacated and the matter continued to October 30, 2025, at 9:00 a.m., for judgment and sentencing.

IT IS FURTHER ORDERED, that the schedule of disclosure be modified as proposed.

Dated:  September 4, 2025         /s/ Daniel J. Calabretta
                                  THE HONORABLE DANIEL J. CALABRETTA
                                  UNITED STATES DISTRICT JUDGE

09/04/25