1  CLEMENTE M. JIMÉNEZ, ESQ.
2  California State Bar Number 207136
   431 I Street, Suite 102
3  Sacramento, CA 95814
   (916) 443-8055
4
5  Attorney for AISHA HOGGATT

6
7                    UNITED STATES DISTRICT COURT
8                    EASTERN DISTRICT OF CALIFORNIA
9

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AISHA HOGGATT,<br><br>Defendants. | Case No.: 2:22-cr-058 DJC<br><br>STIPULATION AND ORDER CONTINUING SENTENCING HEARING<br><br>DATE:   October 30, 2025<br>TIME:   9:00 a.m.<br>JUDGE:  Hon. Daniel J. Calabretta |

         IT IS HEREBY STIPULATED by and between Assistant United States Attorney Ross Pearson, Counsel for Plaintiff, and Attorney Clemente M. Jiménez, Counsel for Defendant AISHA HOGGATT, that the sentencing hearing currently scheduled for October 30, 2025, at 9:00 a.m., be vacated and the matter continued to this Court's criminal calendar on December 18, 2025, at 9:00 a.m. Defense counsel's mitigation expert requires additional time to prepare his report.  In consultation with US Probation, the parties further request that the schedule of disclosure be modified as follows:

Informal Objections:         11/20/2025
Final PSR:                   11/26/2025
Motion for Correction:       12/4/2025
Reply, or Non-Opposition:    12/11/2025
J&S:                         12/18/2025

10/14/25

| | | |
|---|---|---|
| DATED: | October 9, 2025 | /S/      Ross Pearson |
| | | Eric Grant |
| | | by ROSS PEARSON |
| | | Attorney for Plaintiff |

| | | |
|---|---|---|
| DATED: | October 9, 2025 | /S/      Clemente M. Jiménez |
| | | CLEMENTE M. JIMÉNEZ |
| | | Attorney for AISHA HOGGATT |

## ORDER

IT IS SO ORDERED, that the sentencing hearing in the above-entitled matter, scheduled for October 30, 2025, at 9:00 a.m., be vacated and the matter continued to December 18, 2025, at 9:00 a.m., for judgment and sentencing.

IT IS FURTHER ORDERED, that the schedule of disclosure be modified as proposed.

This 14th day of October 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

10/14/25